# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-0420
_____

CARMEN STACY RILEY,

    Appellant,

    v.

LARRY ASHLEY, individually and
in his official capacity as Sheriff,
Okaloosa County, Florida, and
TOM PIAGET, individually,

    Appellees.

_____

On appeal from the Circuit Court for Okaloosa County.
William F. Stone, Judge.

May 15, 2024


PER CURIAM.

    AFFIRMED.

ROWE, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Eric A. Krebs, Timothy M. Warner, William G. Warner, Alicia D. Carothers, Alyssa M. Yarbrough, and Jennifer Hawkins of Warner Law Firm, P.A., Panama City, for Appellees.